**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 13** |
| **Theresa Fanelli** | ) | |
| | ) | |
| | ) | **Bky. No. 22-10221** |
| Debtor(s) | ) | |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

*Name of applicant* applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on **1/28/22**.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

   ☐ above median (the amount on line 15 is not less than the amount on line 16).

   ☑ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $ **2500** for providing the following services: (*Description of Services*)

6. The debtor paid Applicant $ **40** prior to the filing of the petition.

7. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

8. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $ **2500** in compensation.

| | | |
|---|---|---|
| Dated: **December 18, 2022** | Signed: | **/s/ Michelle Lee, Esq.** |
| | | Applicant |
| | By: | |
| | Name: | **Michelle Lee** |
| | | **Dilworth Paxson LLP** |
| | Address: | **1500 Market Street** |
| | | **Suite 3500E** |
| | | **Philadelphia, PA 19102** |
| | Phone No.: | **856-323-1100** |
| | Fax no.: | **856-494-7801** |
| | Email Address: | |